W. F. VESELKA v. THE STATE.

No. 7360.   Decided January 24, 1923.

**Manufacturing    Intoxicating    Liquor—Statement    of    Facts—Practice on Appeal.**

In the absence of a statement of facts or bills of exception, the indictment being sufficient and the charge submitting the offense in appropriate terms, the judgment must be affirmed.

Appeal from the District Court of Williamson. Tried below before the Honorable James R. Hamilton.

Appeal from a conviction of unlawfully manufacturing intoxicating liquor; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General; for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Williamson County of the offense of manufacturing intoxicating liquor, and his punishment fixed at confinement in the penitentiary for one year.

The record is before us without statement of facts or bills of exception. The indictment charges the unlawful manufacture of spirituous liquor capable of producing intoxication, in form frequently held sufficient by this court. The motion to quash said indictment was properly overruled. The charge of the court submitted the offense in appropriate terms.

No error appearing in the record, the judgment will be affirmed.

*Affirmed.*